**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6496

JEOVANNY D. RODRIGUEZ-PORRAS,

Plaintiff - Appellant,

v.

DEMETRIUS A. CLARK; MS. WHITE; NURSE PIEARE; NURSE ALLEN; DR. RAVEN J. BARNES,

Defendants - Appellees,

and

BERTIE CORRECTIONAL INSTITUTION

Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-ct-03275-BO)

Submitted:  August 23, 2022                    Decided:  August 26, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeovanny D. Rodriguez-Porras, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeovanny D. Rodriguez-Porras appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rodriguez-Porras v. Bertie Corr. Inst.*, No. 5:21-ct-03275-BO (E.D.N.C. Apr. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*